**EOD**

06/06/2014

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:

Chadley L. Smith
PO Box 2136
Denison, TX 75021
SSN: XXX-XX-1863
Debtor

Jill M. Smith
PO Box 2136
Denison, TX 75021
SSN: XXX-XX-9432
Joint Debtor

Case No. 14-40420 btr
Chapter: 7

---

### ORDER DISMISSING PLEADING WITHOUT PREJUDICE

---

On this date, the Court considered the Motion for Relief From Automatic Stay (the "Pleading") filed by Ozark Rentals and Investments Group, LLC (the "Movant") on May 21, 2014. The Court finds that the Pleading fails to comply with the Local Rules of Bankruptcy Procedure and should be dismissed without prejudice for the following reason(s):

☑ The Debtors Address Is Not Correct.

IT IS THEREFORE ORDERED that the Pleading filed by Movant on May 21, 2014 is hereby DISMISSED without prejudice.

Signed on 6/6/2014

*Brenda T. Rhoades*      MD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE