B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Eastern District of Texas

Case No. <u>14–40420</u>

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Chadley L. Smith<br>aka Chadley Lewis Smith, dba Smitty's Bar and Grill, dba Smitty's, fdba Smith's Operation, LLC<br>PO Box 2136<br>Denison, TX 75021 | Jill M. Smith<br>aka Jill Marie Oetker Smith, aka Jill Oetker, dba Smith's Operation, LLC, dba Smitty's Bar and Grill, dba Smitty's<br>PO Box 2136<br>Denison, TX 75021 |

Social Security No.:
  xxx–xx–1863                                                                  xxx–xx–9432

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>6/4/14</u>                                                              <u>Brenda T. Rhoades</u>
                                                                                United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                           Eastern District of Texas
In re:                                                             Case No. 14-40420-btr
Chadley L. Smith                                                   Chapter 7
Jill M. Smith
      Debtors                       CERTIFICATE OF NOTICE
District/off: 0540-4          User: sheppardm             Page 1 of 3                  Date Rcvd: Jun 04, 2014
                              Form ID: B18                Total Noticed: 104


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2014.
db/jdb     +Chadley L. Smith,   Jill M. Smith,   PO Box 2136,   Denison, TX 75021-2136
6710221     940 Employer's Annual,   Federal Unemployment Taxes,   Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA 19101-7346
6710223    +941 Employer's Quartlery Federal Tax,   Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA 19101-7346
6710228     ARM,   PO Box 129,   Thorofare, NJ 08086-0129
6710229    +ASCAP Member Management Admin,   One Lincoln Plaza,   New York, NY 10023-7097
6710224     Alegis Revenue Group,   5016 S. Highway 74,   Denison, Texas 75020
6710226    +Aramark,   2680 Palumbo Drive,   Lexington, KY 40509-1234
6710227    +Aramark,   PO Box 731676,   Dallas, Texas 75373-1676
6710233    +Atmos Energy Corporation,   PO Box 650205,   Dallas, Texas 75265-0205
6710232     Atmos Energy Corporation,   Attn: Customer Research,   PO Box 650205,   Dallas, Texas 75265-0205
6710234    +Attorney General of Texas,   Collection Div.- Bankruptcy,   Box 12548, Capitol Station,
             Austin , TX 78711-2548
6710236     Bank of America Merchant Services,   400 Coral Ridge Drive,   Coral Springs, FL 33065
6710237    +Bank of America Merchant Services,   4000 Coral Ridge Drive,   Coral Springs, FL 33065-7614
6710238    +Best Buy BBY/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
6710239    +Best Buy BBY/CBNA,   PO Box 790441,   St. Louis, MO 63179-0441
6710240    +Best Buy/CBNA,   PO Box 20483,   Kansas City, MO 64195-0483
6710242    +Bruce Stidham,   Grayson County Tax Assessor,   PO Box 2107,   Sherman, Texas 75091-2107
6710243    +Burden Pumping Service,   1153 Whiting Road,   Bells, Texas 75414-2759
6710245    +CBNA/Best Buy,   Citi Cards Private Labels,   PO Box 20483,   Kansas City, MO 64195-0483
6710247     Coca-Cola Refreshements,   Sherman Sales Center,   PO Box 840232,   Dallas, Texas 75284-0232
6710248     Coca-Cola Refreshments,   Credit Department,   521 Lake Cathy Drive,   Brandon, FL 33510-3945
6710250     Conn's/CCC,   PO Box 2358,   Beaumont, TX 77704-2358
6710249    +Conn's/CCC,   Conn's Corporate Office Headquarters,   3295 College Street,
             Beaumont, Texas 77701-4611
6710252     Credit Protection,   Credit One Bank,   PO Box 740237,   Atlanta, GA 30374-0237
6710255     Farmers Brothers,   Attn Credit Department,   PO Box 2959,   Torrance CA 90509-2959
6710256    +Federal Loan Servicing Credit,   PO Box 60610,   Harrisburg, PA 17106-0610
6710257    +First Data Corporate Headquarters,   5565 Glenridge Connection NE, Suite 2000,
             Atlanta, GA 30342-4799
6710260    +FmHA,   101 S. Main St., Suite 102,   Temple, TX 76501-7651
6710266    +Goin's Lumber,   708 Spur 316,   Pottsboro, TX 75076-4004
6710267    +Hot 107.3 FM,   900 East Pecan Grove Road,   Sherman, Texas 75090-1770
6710268    +Integrity Payment Systems,   1700 Higgins Road,   Des Plaines, IL 60018-6411
6710271    +Jacque Oetker,   3001 Jennifer Ave,   Denison, Texas 75020-7309
6710272     Kay's,   PO Box 1799,   Akron, OH 44309-1799
6710273     Kay's Jewelers/Sterling Jewelers,   PO Box 1799,   Akron, OH 44309-1799
6710274    +Merchants Advance,   475 Park Avenue South, 11th Floor,   New York, NY 10016-6901
6710275    +Office of Attorney General,   Child SupportDivision,   1600 Pacific, #700,
             Dallas, TX 75201-3627
6710276    +Ozark Rentals & Investments Group, LLC,   Winters Law Firm,   101 W. Mountain St., Ste 200,
             Fayetteville, AR 72701-6087
6710277    +Polar Sales and Leasing,   3621 Pottsboro Road,   Denison, Texas 75020-9311
6710279     Progressive Waste Solutions of TX, Inc,   Northeast Texas District,   12150 Garland Road,
             Dallas, Texas 75218-1533
6710284    +Scott Clements,   2812 White Rock Road,   Fort Worth, Texas 76131-2051
6710285    +Shelton & Valadez,   600 Navarro, Suite 500,   San Antonio, Texas 78205-1860
6710286     Sherman Radiology Associates,   PO Box 340,   Sherman, Texas 75091-0340
6710287     State Comptroller,   Capitol Station,   Austin,  TX  78711
6710292    +Texoma Cash Register,   PO Box 1797,   Denison, TX 75021-1797
6710293    +Texoma Emergency Physicians PL,   PO Box 8775,   Fort Worth, Texas 76124-0775
6710294    +Texoma Emergency Physicians PL,   PO Box 3495,   Toledo, OH 43607-0495
6710295    +Texoma Fire Equipment Inc,   PO Box 594,   Sherman, Texas 75091-0594
6710297     Texoma Medical Center,   22639 N. 17th Ave,   Phoenix, AZ 85027-1303
6710296     Texoma Medical Center,   PO Box 31001-0827,   Pasadena, CA 91110-0827
6710298    +Texoma Medical Center SP Outp,   PO Box 890,   Denison, Texas 75021-0890
6710300    +The Home Depot/CBNA,   701 East 60th Street North,   PO Box 6034,   Sioux Falls, SD 57117-6034
6710304    +U.S. Attorney,   Main & Justice Bldg.,   10th & Pennsylvania NW,   Washington, DC 20530-0001
6710303    +U.S. Attorney,   700 Nations Bank Towe,   110 N. College Ave.,   Tyler, TX 75702-7226
6710305    +U.S. Attorney General,   Dept. of Justice, Main Justice,   10th and Constition NW,
             Washington, DC 20530-0001
6710306     UHS of Texoma Inc,   PO Box 9002,   Denison, Texas 75021-9002
6710310     USA Pathology PLLC,   5052 W Fourth Street, Suite 3,   Hattiesburg, MS 39402-1069
6710312    +USSA Savings Bank,   9800 Fredericksburg Road,   San Antonio, TX 78240-4100
6710307    +Unity One Credit Union,   6701 Burlington Blvd,   Fort Worth, TX 76131-2834
6710313    +Verizon Wireless,   Bankruptcy Administration,   500 Technology Drive, Suite 550,
             Weldon Springs, MO 63304-2225
6710314    +Veterans Administration,   701 Clay Ave.,   Waco, TX 76706-1177
6710315    +Vision Media Group, Inc,   KFYN Radio,   PO Box 457,   Bonham, Texas 75418-0457
6710317    +WNJ CRNA Group,   1908 N Lauvent #550,   Victoria, TX 77901-5468
6710316    +We Scan IDs,   4425 West Airport Freeway,   Suite 550,   Irving, Texas 75062-5800
```

```
District/off: 0540-4          User: sheppardm              Page 2 of 3                   Date Rcvd: Jun 04, 2014
                              Form ID: B18                 Total Noticed: 104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QMAWEISBART.COM Jun 05 2014 01:03:00      Mark A. Weisbart,
                 The Law Office of Mark A. Weisbart,    12770 Coit Road, Suite 541,    Dallas, TX 75251-1366
cr              +E-mail/Text: ozarkrentalsinvestmentsgroup@yahoo.com Jun 05 2014 01:13:40
                 Ozark Rentals and Investments Group, LLC,    PO Box 8805,    Fayetteville, AR 72703-0014
cr              +E-mail/Text: ebnsterling@weltman.com Jun 05 2014 01:13:56
                 Sterling Jewelers Inc dba Kay Jewelers,    c/o Weltman, Weinberg & Reis,
                 323 W. Lakeside Avenue, Suite 200,    Cleveland, OH 44113-1009
cr              +EDI: BL-TOYOTA.COM Jun 05 2014 01:03:00      Toyota Motor Credit Corporation,
                 c/o Becket & Lee LLP,    PO Box 3001 Dept.,    Malvern, PA 19355-0701
6710230         +EDI: CINGMIDLAND.COM Jun 05 2014 01:03:00      AT&T,   c/o Bankruptcy,   1801 Valley View Lane,
                 Farmers Branch, TX 75234-8906
6710231         +EDI: ATTWIREBK.COM Jun 05 2014 01:03:00      AT&T U-Verse,   c/o Consumer Bankruptcy,   PO Box 769,
                 Arlington, Texas 76004-0769
6710225          EDI: AMEREXPR.COM Jun 05 2014 01:03:00      American Express,    PO Box 53852,
                 Phoenix, AZ 85072-3852
6710241         +E-mail/Text: bankruptcy@bmi.com Jun 05 2014 01:14:05     BMI,    7 World Trade Center,
                 250 Greenwich Street,    New York, NY 10007-0085
6710235          EDI: BANKAMER2.COM Jun 05 2014 01:03:00      Bank of America,    PO Box 15168,
                 Wilmington, DE 19850-5168
6710299          EDI: CITICORP.COM Jun 05 2014 01:03:00      The Home Depot/CBNA,    CitiCards Private Label,
                 PO Box 20483,    Kansas City, MO 64195
6710244         +EDI: CAPITALONE.COM Jun 05 2014 01:03:00      Capital One,   1680 Capital One Drive,
                 McLean, VA 22102-3407
6710246         +EDI: CHASE.COM Jun 05 2014 01:03:00      Chase/Bank One,   PO Box 15145,
                 Wilmington, DE 19850-5145
6710251         +EDI: RCSFNBMARIN.COM Jun 05 2014 01:03:00      Credit One Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
6710253          EDI: DIRECTV.COM Jun 05 2014 01:03:00      DirecTV Customer Service,   Attn: Bankruptcy Claims,
                 PO Box 6550,   Greenwood Village, CO 80155-6550
6710254          EDI: DISCOVER.COM Jun 05 2014 01:03:00      Discover Bankruptcy Department,    PO Box 8003,
                 Hillard, OH 43026
6710259         +E-mail/Text: bankruptcy@firstelectronicbankusa.com Jun 05 2014 01:14:27
                 First Electronic Bank/Fry’s,    280 W 10200 S, Ste 200,   Sandy, UT 84070-4267
6710258         +E-mail/Text: bankruptcy@firstelectronicbankusa.com Jun 05 2014 01:14:27
                 First Electronic Bank/Fry’s,    PO Box 825,   Drape, UT 84020-0825
6710261         +E-mail/Text: bankruptcy@firstelectronicbankusa.com Jun 05 2014 01:14:27      Fry’s,   PO Box 825,
                 Draper, UT 84020-0825
6710262         +EDI: RMSC.COM Jun 05 2014 01:03:00      GE Capital Retail Bank,   Attn: Bankruptcy Department,
                 PO Box 103106,    Roswell, GA 30076-9106
6710263         +EDI: RMSC.COM Jun 05 2014 01:03:00      GECRB/Rooms To Go,   Attn: Bankruptcy,   PO Box 103106,
                 Roswell, GA 30076-9106
6710264         +EDI: RMSC.COM Jun 05 2014 01:03:00      GECRB/Sams,   PO Box 965005,   Orlando, FL 32896-5005
6710265         +EDI: RMSC.COM Jun 05 2014 01:03:00      GEMB/Amazon,   Attn: Bankruptcy Dept,   PO Box 103106,
                 Roswell, GA 30076-9106
6710270          E-mail/Text: ipfscollectionsreferrals@ipfs.com Jun 05 2014 01:14:21      IPFS Corporation,
                 1055 Broadway, 11th Floor,    Kansas City, MO 64105
6710269          EDI: IRS.COM Jun 05 2014 01:03:00      Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
6714834         +E-mail/Text: ozarkrentalsinvestmentsgroup@yahoo.com Jun 05 2014 01:13:40
                 Ozark Rentals and Investment Group, LLC,    PO Box 8805,   Fayetteville, AR 72703-0014
6714799         +E-mail/Text: ozarkrentalsinvestmentsgroup@yahoo.com Jun 05 2014 01:13:40
                 Ozark Rentals and Investments, LLC,    PO Box 8805,   Fayetteville, AR 72703-0014
6710278          EDI: PRA.COM Jun 05 2014 01:03:00      Portfolio Recover Associates,   PO Box 12914,
                 Norfolk, VA 23541-0914
6710280          E-mail/Text: ecfbankruptcy@nrgenergy.com Jun 05 2014 01:14:19      Reliant,   PO Box 3765,
                 Houston, Texas 77253-3765
6710282         +EDI: RMSC.COM Jun 05 2014 01:03:00      Rooms To Go,   PO Box 103106,   Roswell, GA 30076-9106
6710283         +EDI: NAVIENTFKASMSERV.COM Jun 05 2014 01:03:00      Sallie Mae,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
6710289          E-mail/Text: pacer@cpa.state.tx.us Jun 05 2014 01:14:20      Texas Comptroller of Public Accounts,
                 PO Box 13528,    Capitol Station,   Austin, Texas 78711-3588
6710302          EDI: TFSR.COM Jun 05 2014 01:03:00      Toyota Financial Services,   PO Box 2958,
                 Torrance, CA 90509-2958
6710301          EDI: TFSR.COM Jun 05 2014 01:03:00      Toyota Financial Services,   PO Box 8026,
                 Cedar Rapids, IA 52409-8026
6710288          E-mail/PDF: texansbkrnotices@texanscu.org Jun 05 2014 01:22:19      Texans Credit Union,
                 Attn: Member Service Center,    PO Box 853912,   Richardson, TX 75085-3912
6710290         +E-mail/Text: redpacer@twc.state.tx.us Jun 05 2014 01:14:23      Texas Employment Commission,
                 T.E.C. Bldg., Tax Dept.,    Austin, TX 78778-0001
6710291          E-mail/Text: redpacer@twc.state.tx.us Jun 05 2014 01:14:23      Texas Workforce Commission,
                 TWC Ombudsman,    101 East 15th Street, Room 651,   Austin, Texas 78778-0001
6719670          EDI: BL-TOYOTA.COM Jun 05 2014 01:03:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    POB 3001,   Malvern  PA 19355-0701
6758413          EDI: TFSR.COM Jun 05 2014 01:03:00      Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
```

```
District/off: 0540-4           User: sheppardm              Page 3 of 3                   Date Rcvd: Jun 04, 2014
                               Form ID: B18                 Total Noticed: 104
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
6710308        E-mail/Text: ebn.bankruptcy@usfoods.com Jun 05 2014 01:14:15      US Foods Inc,   Box 843202,
               Dallas, Texas 75284-3202
6710309       +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jun 05 2014 01:13:56      US Trustee,    300 Plaza Tower,
               110 North College Ave,   Tyler, Texas 75702-7231
6710311        EDI: USAA.COM Jun 05 2014 01:03:00      USAA Savings Bank,   10750 McDermott Fwy,
               San Antonio, Texas 78288-1600
                                                                                               TOTAL: 41

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6710222*      +940 Employer's Annual,   Federal Unemployment Taxes,   Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
6710281       ##+Reliant Metro, Ltd,   300 North Marienfeld,   Midland, Texas 79701-4321
                                                                                          TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2014 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0